*Messrs. Richard S. Salant, Robert B. Watts, Ernest A. Gross,* and *Morris P. Glushien* for respondent.

No. 348. HILLEY *v.* SPIVEY, SHERIFF. October 19, 1942. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. *Mr. Hayden C. Covington* for petitioner.

No. 349. LARGENT *v.* REEVES, CITY MARSHAL. October 19, 1942. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. *Mr. Hayden C. Covington* for petitioner.

No. 350. KILLAM *v.* FLORESVILLE. October 19, 1942. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. *Mr. Hayden C. Covington* for petitioner.

No. 353. HILLMER, REPRESENTATIVE OF CREDITORS OF CHICAGO BANK OF COMMERCE, *v.* BENDIX. October 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George Edward Leonard* for petitioner. *Mr. G. A. Farabaugh* for respondent.

No. 357. INDUSTRIAL BOARD OF THE STATE OF NEW YORK *v.* NEW YORK CENTRAL RAILROAD Co. October 19, 1942. Petition for writ of certiorari to the Supreme Court, Appellate Division, of New York, denied. *Messrs. John J. Bennett, Jr.,* Attorney General of New York, and *Joseph A. McLaughlin,* Assistant Attorney General, for petitioner. *Messrs. Robert E. Whalen* and *Charles E. Nichols*